WHITTIER v. ELECTRIC REFRIGERATION CORPORATION.

This case is controlled by *Harvey* v. *Electric Refrigeration Corporation, ante,* 235.

Error to superior court of Grand Rapids; Verdier (Leonard D.), J. Submitted January 24, 1929. (Docket No. 69, Calendar No. 33,931.) Decided March 29, 1929.

Assumpsit by Charles L. Whittier against the Electric Refrigeration Corporation to recover purchase price paid for corporate stock on rescission of sale. Judgment for plaintiff. Defendant brings error. Affirmed.

*MacKay, Wiley, Streeter, Smith & Tucker,* for appellant.

*Knappen, Uhl & Bryant,* for appellee.

CLARK, J. This case is a companion of *Harvey* v. *Electric Refrigeration Corporation, ante,* 235, presents the first and principal question considered therein, and is ruled thereby.

Judgment affirmed.

NORTH, C. J., and FEAD, FELLOWS, WIEST, McDONALD, POTTER, and SHARPE, JJ., concurred.